UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>ABRAHAM SALCEDO,<br><br>             Defendant. | CASE NO.:   22CR0012-JLS<br><br>ORDER RE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Defendant's Motion Hearing/Trial Setting be continued from February 11, 2022 to March 11, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by February 18, 2022.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated:  February 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge